

| | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>Robert T Matsui United States Courthouse<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br><br>(916) 930-4400<br>www.caeb.uscourts.gov<br>M-F 9:00 AM - 4:00 PM | **FILED**<br><br>**10/13/10**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>auto |

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/12/10 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Case Number: | 10-47115 - C - 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Yazmin Gonzalez
xxx-xx-8073

PO Box 1023
Biggs, CA 95917

ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (include married, maiden, and trade names):

Yazmin Tinoco Punzo

| Debtor's Attorney: | John A. Tosney<br>331 J St #200<br>Sacramento, CA 95814 | Trustee: | John W. Reger<br>280 Hemsted #C<br>Redding, CA 96002 |
|---|---|---|---|
| Telephone Number: | (916) 441-4002 | Telephone Number: | 530-224-9939 |

### MEETING OF CREDITORS
**Location:** 2986 Bechelli Lane, 2nd Floor, Room 200, Redding, CA
**Date & Time:** 12/8/10  09:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** - See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** - Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 2/7/11**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

| Dated:<br>10/13/10 | For the Court,<br>Wayne Blackwelder , Clerk |
|---|---|

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**--- Refer to Other Side For Important Deadlines and Notices ---**

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin             Page 1 of 1                Date Rcvd: Oct 13, 2010
Case: 10-47115              Form ID: b9a            Total Noticed: 17


The following entities were noticed by first class mail on Oct 15, 2010.
db           +Yazmin Gonzalez,    PO Box 1023,    Biggs, CA 95917-1023
aty          +John A. Tosney,    331 J St #200,    Sacramento, CA 95814-2220
18038321     +Credit Protection original Credito,    13355 Noel Rd 21st Floor,    Dallas TX 75240-6602
18038322     +Fbcs original Creditor comcast Cab,    2200 Byberry Rd Ste 120,    Hatboro PA 19040-3739
18038323     +Heritage Pacific,    17120 Dallas Parkway,    Dallas TX 75248-1144
18038325     +Lvnv Funding Llc original Creditor,    Po Box 740281,    Houston TX 77274-0281
18038327      Mokri Associates,    1851 E First Street St 900,    Santa Ana CA 92705
18038328     +Pentagroupfi original Creditor 11,    5959 Corporate Dri Suite 1400,    Houston TX 77036-2311
18038329     +Resturgent Capital Services,    P O Bix 10826,    Greenville SC 29603-0826
18038330     +Sallie Mae,    Po Box 9500,    Wilkes Barre PA 18773-9500
18038331     +Select Portfolio Servicing,    P O Box 65250,    Salt Lake City UT 84165-0250
18038332     +Sierra Receivables Mgm original Cr,    2500 Goodwater Ave,    Redding CA 96002-1562

The following entities were noticed by electronic transmission on Oct 14, 2010.
tr           +EDI: QJWREGER.COM Oct 14 2010 01:28:00      John W. Reger,    280 Hemsted #C,
              Redding, CA 96002-0934
smg           EDI: CALTAX.COM Oct 14 2010 01:28:00      Franchise Tax Board,    PO Box 2952,
              Sacramento, CA  95812-2952
18038324     +EDI: CBSKOHLS.COM Oct 14 2010 01:28:00      Kohls chase,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls WI 53051-7096
18038326     +EDI: MID8.COM Oct 14 2010 01:28:00      Midland Credit Mgmt original Credi,    8875 Aero Dr,
              San Diego CA 92123-2251
18038333     +EDI: WTRRNBANK.COM Oct 14 2010 01:28:00      Target Nb,    Po Box 673,    Minneapolis MN 55440-0673
                                                                                                   TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2010                          Signature:       *Joseph Speetjens* (signature)